**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| EDWIN HORACIO FLORES-RIVERA | CIVIL ACTION NO. 26-2901-P |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| TODD BLANCHE, ET AL. | MAGISTRATE JUDGE MCCLUSKY |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Petitioner Edwin Horacio Flores-Rivera's petition be **DENIED AND DISMISSED WITHOUT PREJUDICE**.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 20th day of November, 2026.

JUDGE S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE